**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| Banco Panamericano, Inc., | ) | Court File No. 00-1164 R HK/JMM |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION PERTAINING TO MOTION FOR PRELIMINARY INJUNCTION AND ORDER STAYING PROCEEDINGS** |
| Health Risk Management, Inc., | ) | |
| Defendant. | ) | |

The parties hereto, Plaintiff Banco Panamericano, Inc. ("Banco") and Defendant Health Risk Management, Inc., ("HRM"), through their undersigned counsel of record, hereby stipulate as follows:

1. Plaintiff's motion for a preliminary injunction is hereby withdrawn without prejudice to Plaintiff's right to re-serve and re-file the same or similar motion in the future.

2. If the Minnesota Supreme Court in *Banco Panamericano, Inc., et al. v. Health Risk Management, Inc.*, Court File C5-00-63 (*Banco I*), rules in favor of HRM on the second certified question by deciding that shareholders may not redeem or repeal a poison pill or by deciding that such power is reserved exclusively for the Board of Directors under Minnesota corporate law, this action may be dismissed with prejudice.

3. If the Minnesota Supreme Court rules in favor of Banco with respect to the second certified question in *Banco I* by deciding that shareholders may redeem or repeal a poison pill or by deciding that such power is not reserved exclusively for the Board of Directors under Minnesota corporate law, within thirty (30) days of the date of that opinion, HRM's Board of

FILED MAY 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Directors, pursuant to Minn. Stat. § 302A.433, will call a special meeting of shareholders to be held within ninety (90) days of the date of the *Banco I* opinion for the purpose of considering and having the shareholders vote on whether to redeem or repeal HRM's 1997 Rights Agreement and prohibit HRM's Board of Directors from adopting another poison pill or similar agreement provided under Minn. Stat. § 302A.409 in the future without first obtaining shareholder approval. In such an event, the parties will work together in good faith so that the specific form of the shareholder action (*i.e.,* by resolution or amendment to the articles of incorporation) to be considered and voted upon at the special meeting conforms in all respects with the ruling of the Minnesota Supreme Court.

4. If the Minnesota Supreme Court for any reason fails to rule on the second certified question in *Banco I*, then the parties will jointly petition this Court to certify, pursuant to Minn. Stat. § 480.065, the question of whether shareholders of a Minnesota corporation have the authority to repeal a poison pill and prohibit the Board of Directors from adopting another poison pill or similar agreement provided under Minn. Stat. § 302A.409 in the future without first obtaining shareholder approval (either by resolution or amendment to the articles of incorporation), or whether that power is reserved exclusively for the Board of Directors. If this Court certifies such a question to the Minnesota Supreme Court, the parties hereby further agree to work together to encourage the Minnesota Supreme Court to expedite its consideration of that certified question. If the Minnesota Supreme Court thereafter rules in Banco's favor, HRM's Board of Directors will call a special meeting of shareholders pursuant to the terms of paragraph 3 above.

5 This action and all proceedings herein, including the service and filing of an Answer by HRM, all discovery, pretrial conferences, disclosures, and meetings under Fed. R.

Civ. P. 12, 16 and 26 through 37, should be stayed until the Minnesota Supreme Court issues its opinion in *Banco I.*

Dated: May 16, 2000

Judi A. Lamble (#289929)
FRUTH & ANTHONY, P.A.
3750 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 349-6969
Fax: (612) 349-6996

C. Phillip Curley
John D. Cummins, Jr.
Joyce A. Pollack
ROBINSON CURLEY & CLAYTON, P.C.
300 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
Telephone: (312) 663-3100

ATTORNEYS FOR PLAINTIFF BANCO PANAMERICANO, INC.

Dated: May 17, 2000

James E. Dorsey (#137893)
Emily E. Duke (#249178)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis MN 55402
(612) 347-7000
(612) 347-7077 (fax)

ATTORNEYS FOR DEFENDANT HEALTH RISK MANAGEMENT, INC.

**ORDER**

Pursuant to the stipulation of the parties above, this Court hereby orders that Plaintiff's motion for a preliminary injunction is withdrawn without prejudice to Plaintiff's right to re-serve and re-file the same or similar motion in the future. In all other respects, this action and all proceedings herein, including the service and filing of an Answer by HRM, all discovery, pretrial conferences, disclosures, and meetings under Fed. R. Civ. P. 12, 16 and 26 through 37, are hereby stayed until the Minnesota Supreme Court rules in *Banco Panamericano, Inc., et al. v. Health Risk Management, Inc.*, Court File C5-00-63 or until further order of this Court.

May 18, 2000

Richard H. Kyle
Judge, United States District Court

::ODMA\PCDOCS\FBDOCS1\238270\1